IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Patricia Anne Pizer, ) | C/A No.: 0:20-3620-JMC-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| City of Rock Hill and Rex ) | |
| Hernandez, ) | |
| ) | |
| Defendants. ) | |

This matter comes before the court on the motion [ECF No. 12] of Patricia Anne Pizer ("Plaintiff") to compel City of Rock Hill and Rex Hernandez ("Defendants") to produce responses to Plaintiff's First Set of Interrogatories and First Set of Requests for Production ("Discovery Requests"), which are attached to Plaintiff's motion at ECF No. 12-1 at 3–12.

The motion indicates the Discovery Requests were first served on Plaintiff on October 27, 2020. After informal attempts to obtain responses to the Discovery Requests from Defendants, Plaintiff had not received responses by February 10, 2020, the date Plaintiff filed her motion to compel.

In light of the foregoing, the court grants Plaintiff's motion to compel. Defendants are directed to provide responses to the Discovery Requests by February 24, 2021. Because Defendants failed to timely respond to the

discovery, any and all objections are deemed waived under Fed. R. Civ. P. 33(b)(4). Defendants are advised that failure to comply with the court's order may result in sanctions, including payment of Plaintiff's attorneys' fees and costs in preparing such motions.

IT IS SO ORDERED.

February 10, 2021
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge